**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
**HEMIR ALONSO VELAZQUEZ**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>**HEMIR ALONSO VELAZQUEZ**,<br><br>  Defendant | Case No.: 1:25-MJ-00072-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE THE PRELIMINARY EXAMINATION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND ROBERT VENEMAN-HUGHES, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HEMIR ALONSO VELASQUEZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the Preliminary Examination currently set for Friday, July 11, 2025, at 2:00 p.m. (See ECF Doc. 244) be continued to Monday, July 14, 2025, at 2:00 p.m.

Defense counsel is currently out of the country and will return July 12, 2025. Counsel is requesting that the Preliminary Examination Hearing be set concurrent with the detention hearing which is set for July 14, 2025, at 2:00p.m. Counsel has spoken to AUSA Robert Veneman-Hughes who does not object to this request.

//

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 7, 2025

*/s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
HEMIR ALONSO VELASQUEZ

DATED: July 7, 2025

*/s/Robert Veneman Hughes*
ROBERT VENEMAN-HUGHES
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the Preliminary Examination hearing currently set for Friday, July 11, 2025, at 2:00 p.m. be continued to Monday, July 14, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **July 7, 2025**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE