**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
**HEMIR ALONSO VELAZQUEZ**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**HEMIR ALONSO VELAZQUEZ,**<br>Defendant | Case No.: 1:25-CR-00132 JLT-SAB<br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANTONIO JOSE PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HEMIR ALONSO VELASQUEZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing currently set for Monday, November 9, 2026, at 9:00 a.m. (See ECF Doc. 681) be continued to Monday, November 16, 2026, at 9:00 a.m.

Defense counsel will be engaged in a multi-defendant preliminary hearing on November 9, 2026, and will be unavailable to appear for the sentencing on that date. Counsel respectfully requests the Sentencing Hearing be set for November 16, 2026, at 9:00 a.m. Counsel has spoken to AUSA Antonio Jose Pataca who has no objection to this request.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 26, 2026

***/s/ David A. Torres***
DAVID A. TORRES
Attorney for Defendant
HEMIR ALONSO VELASQUEZ

DATED: October 26, 2026

***/s/ Antonio Jose Pataca***
ANTONIO JOSE PATACA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the Sentencing hearing currently set for Monday November 9, 2026, at 9:00 a.m. be continued to Monday, November 16, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 26, 2026

UNITED STATES DISTRICT JUDGE